

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00475-CR

Benito Martinez
v.
The State of Texas

On appeal from the
36th District Court of San Patricio County, Texas
Trial Cause No. S-11-3139CR

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be reversed and the case remanded to the trial court. The Court orders the judgment of the trial court REVERSED and the case REMANDED to the trial court for further proceedings in accordance with its opinion.

We further order this decision certified below for observance.

November 1, 2018